Fetterer v. The State.

*J. McHenry*, for the appellants.

---

### Fetterer v. The State.

In an information for selling liquor without license, it is sufficient to describe the liquor as intoxicating.

APPEAL from the *DeKalb* Common Pleas.

PERKINS, J.—Information for selling intoxicating liquor to a minor. Conviction below. It is sufficient for the information to describe the liquor as intoxicating. *Groctor* v. *The State*, 6 Blackf. 105; *Mullinix* v. *The State*, id. 554; *Simpson* v. *The State*, 17 Ind. See the statute, 1 G. & H. p. 614, sec. 2. The affidavit on which the information was based, charged that the liquor was whisky, and so was the proof. The conviction was right upon the evidence.

*Per Curiam.*—The judgment is affirmed, with costs.

*B. J. Morris*, for the appellant.